**Dismissed and Memorandum Opinion filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00909-CV

_____

### NATHANIEL JONES, III, Appellant

### V.

### HOUSTON POLICE DEPARTMENT, ET AL, Appellees

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2010-41196**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from findings signed by the trial court on September 20, 2011.  The trial court entered findings that appellant had filed a second request for final order, a final order dismissing the case was signed on February 17, 2011, and the order signed February 17, 2011 was a final order.

Generally, appeals may be taken only from final judgments.  *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).  Interlocutory orders may be appealed only if permitted by statute.  *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex.

2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). This appeal is not from a final judgment or an appealable interlocutory order.

On December 20, 2011, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction unless any party filed a response within ten days showing meritorious grounds for continuing the appeal. Appellant's only response was to request until January 31, 2012, to obtain a final order.

As of this date, appellant has filed no other response. The trial court's signed findings reflect that a final order was signed February 17, 2011. This appeal was attempted from the trial court's findings, signed September 2011, not from the final order. Accordingly, we have no jurisdiction.

The appeal is ordered dismissed and appellant's pending motions are denied as moot.


PER CURIAM


Panel consists of Justices Seymore, Brown, and Boyce.